

Attorneys admitted in
California, New York,
Texas, Illinois, and
Colorado

Sender's contact:
djenkins@donigerlawfirm.com
(310) 590-1820

Doniger / Burroughs Building
603 Rose Avenue
Venice, California 90291

Doniger / Burroughs NY
247 Water Street, First Floor
New York, New York 10038

July 17, 2025

*[Handwritten note: The conference is cancelled. Should the defendants not be timely served, this case shall be dismissed. If the defendants are served but fail to answer, the plaintiff shall move for entry of a default. A status letter is due 9/12/25. /s/ Denise Cote 7/18/25]*

**DELIVERED VIA ECF**
Honorable Denise L> Cote
United States District Court
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

**Case Title:** *August Image, LLC v. Holistic Heights, LLC; et al,*
Case No. 1:25-cv-04198-DLC
**Re:** **Request to Adjourn Initial Pretrial Conference**

Your Honor:

This office represents the Plaintiff, August Image, LLC, in the above referenced matter. We write to respectfully to request that the initial pre-trial conference in this matter, currently scheduled for July 24, 2025, be adjourned for thirty (30) days, or until a date thereafter convenient for the Court.

Good cause exists for this request. Plaintiff's counsel was previously in contact with counsel for Defendant Holistic Heights but is no longer receiving responses. Plaintiff's counsel is also continuing efforts to serve Defendant, having already made an unsuccessful attempt at a publicly listed address for Holistic Height's registered agent. Plaintiff is therefore currently unable to communicate with Defendant as necessary to prepare the required joint letter and case management plan in advance of an initial conference, and there is no indication currently that Defendant intends to attend the conference as currently scheduled.

In light of the foregoing, Plaintiff requests that the initial pre-trial conference in this matter, currently scheduled for July 24, 2025, be adjourned for thirty (30) days, or until a date thereafter convenient for the Court to allow Plaintiff an opportunity to continue efforts at service and establish contact with Defendant. As Defendants have not yet appeared, they are unable to consent to this request. We thank Your Honor for your attention to this matter.

Respectfully submitted,

By: */s/ David M.S. Jenkins*
David M.S. Jenkins
DONIGER / BURROUGHS
For the Plaintiff

**SO ORDERED.**

Date: _____, 2025

_____
Hon. Denise L. Cote
United States District Judge