UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                 :       25cv4198 (DLC)

AUGUST IMAGE, LLC,               :

                                   :          <u>ORDER</u>

                        Plaintiff,    :

               -v-                    :

                                   :

HOLISTIC HEIGHTS, LLC, et al.,     :

                                   :

                     Defendants.   :

------------------------------------- X

DENISE COTE, District Judge:

      This action was filed on May 19, 2025.  It appears that

service was completed on August 7.  The defendant has not

appeared in this action, and the plaintiff obtained a Clerk's

Certificate of Default on September 23.  Having received the

plaintiff's letter of September 23, it is hereby

      ORDERED that any motion for default judgment shall be filed

by **September 30, 2025.**  Counsel shall review this Court's

Individual Practices in Civil Cases regarding default judgment

submissions.

      IT IS FURTHER ORDERED that the plaintiff shall serve this

Order, the motion for default judgment papers, and a copy of the

Court's Individual Practices on the defendant and shall file

proof of such service on the docket by **October 7, 2025.**

      IT IS FURTHER ORDERED that a default judgment hearing will

be held on **October 24, 2025** at **2:30 p.m.** in Courtroom 18B, 500

Pearl Street, New York, New York.  Failure of the defendant to

appear may result in entry of a default.

Dated:    New York, New York
          September 23, 2025

_____
DENISE COTE
United States District Judge