```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
                                     :    25cv4198 (DLC)
AUGUST IMAGE, LLC,                   :
                                     :         ORDER
                         Plaintiff,  :
                                     :
              -v-                    :
                                     :
HOLISTIC HEIGHTS, LLC, et al.,       :
                                     :
                         Defendants. :
                                     :
------------------------------------ X
```

DENISE COTE, District Judge:

For the reasons stated on the record at the default hearing held on October 24, 2025, it is hereby

ORDERED that a default is entered in favor of plaintiff August Image, LLC and against defendant Holistic Heights, LLC. Damages will be assessed at an inquest.

IT IS FURTHER ORDERED that the plaintiff shall serve the defendant with a copy of this Order and note proof of service on the docket by October 31, 2025.

Dated:   New York, New York
         October 27, 2025

                                    _____
                                         DENISE COTE
                                    United States District Judge